```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 20607
     ALEXSANDRO CONTRERAS
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

          Debtor
     SSN XXX-XX-2427


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/05/07 and confirmed on 01/09/08.

     2.  The case was dismissed after confirmation, 08/29/2008.

     3.  The Debtor paid a total of $    1208.00 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------------
GMAC RESCAP LLC            CURRENT MORTG           .00            .00             .00
GMAC RESCAP LLC            MORTGAGE ARRE      24116.72            .00             .00
ALLIANCE RECEIVABLES MGM   UNSECURED         NOT FILED            .00             .00
AMERICAN EXPRESS           UNSECURED         NOT FILED            .00             .00
AMEX                       UNSECURED         NOT FILED            .00             .00
BANAMEX USA                UNSECURED         NOT FILED            .00             .00
FIA CARD SERVICES          UNSECURED         NOT FILED            .00             .00
CAPITAL ONE BANK           UNSECURED         NOT FILED            .00             .00
CHASE MANHATTAN BANK USA   UNSECURED         NOT FILED            .00             .00
CITIBANK                   UNSECURED         NOT FILED            .00             .00
CITICORP CREDIT SERVICES   UNSECURED         NOT FILED            .00             .00
DISCOVER BANK              UNSECURED         NOT FILED            .00             .00
FIRST PREMIER BANK         UNSECURED         NOT FILED            .00             .00
HOME DEPOT CREDIT SERVIC   UNSECURED         NOT FILED            .00             .00
SEARS BKRUPTCY RCVRY MGM   UNSECURED         NOT FILED            .00             .00
TARGET                     UNSECURED         NOT FILED            .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED         NOT FILED            .00             .00
          Summary of disbursements:
------------------------------------------------------------------------------
               SECURED      PRIORITY     UNSECURED        OTHER           TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   24116.72        .00         .00           .00        24116.72
PRINCIPAL PAID            .00        .00         .00           .00             .00
INTEREST PAID             .00        .00         .00           .00             .00
TOTAL PAID                .00        .00         .00           .00             .00
The Debtor's attorney, PATRICK A MESZAROS              , was allowed $    3500.00
and was paid $    500.00  direct and $    1137.93  through the plan.

The Trustee received $     70.07 .

Refunds to the Debtor totaled $         .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/13/08                                  /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE


                              PAGE   2
           CASE NO. 07 B 20607 ALEXSANDRO CONTRERAS